### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MICHAEL MOURNING,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 3:26-cv-00096 |
| § | |
| **CAINE & WEINER COMPANY, INC.,** § | |
| § | |
| **Defendant.** § | |
| § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Caine & Weiner Company, Inc. ("Caine & Weiner"), hereby removes the above captioned civil action from the Superior Court of Connecticut to the United States District Court for the District of Connecticut. The removal of this civil action is proper because:

1. Caine & Weiner is a defendant in a civil action filed by plaintiff, Michael Mourning ("plaintiff"), in the Superior Court of Connecticut, captioned as *Michael Mourning v. Caine & Weiner Company, Inc.,* Case No. DBD-CV-26-5022736 (hereinafter the "State Court Action").

2. Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Caine & Weiner removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3. The Complaint in the State Court Action asserts claims under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq., and under Connecticut state law. True

and correct copies of the State Court Docket Sheet and all pleadings filed in the State Court Action are attached hereto as **Exhibit A.**

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FCRA claims pursuant to 28 U.S.C. § 1331 and would have supplemental jurisdiction over the state law claims asserted pursuant to 28 U.S.C. § 1367.

5. The Superior Court of Connecticut is located within the District of Connecticut. Therefore, venue for purposes of removal is proper because the United States District Court for the District of Connecticut embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1446(b), Caine & Weiner has timely filed this Notice of Removal. Caine & Weiner was served with the Summons and Complaint on December 22, 2025. This Notice of Removal is being filed within 30 days from service of the Summons and Complaint.

7. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Superior Court of Connecticut.

WHEREFORE, Defendant, Caine & Weiner Company, Inc., hereby removes the State Court Action to this Honorable Court.

Respectfully Submitted,

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq. (28909)
SESSIONS, ISRAEL & SHARTLE, LLC

                                                         3 Cross Creek Drive
                                                         Flemington, NJ 08822-4938
                                                         Telephone: (908) 237-1660
                                                         Facsimile: (877) 334-0661
                                                         Email: aeasley@sessions.legal

                                                         *Attorney for Defendant,*
                                                         *Caine & Weiner Company, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of Connecticut, and served via U.S. Mail upon the following:

Michael Mourning
55 Wildman St. #109
Danbury, CT 06810
*Plaintiff, pro se*

                                                         */s/ Aaron R. Easley*
                                                         Aaron R. Easley, Esq.