IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICHAEL MOURNING,

        Plaintiff,

v.

CAINE & WEINER COMPANY, INC.,

        Defendant.

Case No.: 3:26-cv-00096-SVN

## NOTICE OF SETTLEMENT

Defendant, Caine & Weiner Company, Inc., by and through undersigned counsel, hereby provides notice to the court that the parties have reached a settlement agreement in the above-titled case and are presently finalizing and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 30, 2026

Respectfully Submitted,

/s/ *Aaron R. Easley*
Aaron R. Easley, Esq. (#28909)
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, New Jersey 08822
Telephone: (908) 237-1660
Facsimile: (877) 344-0661
Email: aeasley@sessions.legal

*Attorney for Defendant,*
*Caine & Weiner Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of Connecticut, and served via U.S. Mail upon the following:

Michael Mourning
55 Wildman St., #109
Danbury, CT 06810
*Plaintiff, pro se*

/s/ *Aaron R. Easley*
Aaron R. Easley, Esq.

2