IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICHAEL MOURNING,

          Plaintiff,

v.

CAINE & WEINER COMPANY, INC.,

          Defendant.

Case No.: 3:26-cv-00096-SVN

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Michael Mourning, and Defendant, Caine & Weiner Company, Inc., do hereby stipulate to the dismissal with prejudice of the above-styled case and any claims that were raised or that could have been raised in this action, and with each side to bear its own costs and attorneys' fees.

Date: March 26, 2026

Michael Mourning
55 Wildman St., #109
Danbury, CT 06810

*Plaintiff, pro se*

Respectfully submitted,

Aaron R. Easley, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822-4938
(908) 237-1660
aeasley@sessions.legal

*Attorney for Defendant,*
*Caine & Weiner Company, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of Connecticut, and served via U.S. Mail upon the following:

Michael Mourning
55 Wildman St., #109
Danbury, CT 06810
*Plaintiff, pro se*

/s/ *Aaron R. Easley*
Aaron R. Easley, Esq.
